UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADVIA CREDIT UNION,

       Petitioner,

v.

BECKY-PINKSTON POLING, and
CONSUMER FINANCIAL PROTECTION
BUREAU,

       Defendants.
_____/

Case No. 1:18-mc-5

Hon. Gordon J. Quist

**ORDER**

Oral argument was held this date on petitioner's Motion to Compel Consumer Financial Protection Bureau's Compliance with Subpoena *Duces Tecum* (ECF No. 1). For all the reasons set forth in the Consumer Financial Protection Bureau's Response and Sur-Reply, and the additional reasons sated on the record at the hearing, the motion is **DENIED** and the subject subpoena is quashed.

**IT IS SO ORDERED.**

Dated: November 30, 2018      /s/ Ray Kent
                                            RAY KENT
                                            United States Magistrate Judge